**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

JANICE McCONICO                                                          PLAINTIFF

v.                                                      CIVIL ACTION NO. 3:14-CV-485-S

CABINET FOR HEALTH AND FAMILY SERVICES                    DEFENDANT


<u>**MEMORANDUM OPINION**</u>

By prior Order entered August 19, 2014, this Court directed Plaintiff to pay the requisite

$400.00 filing fee or file an application to proceed *in forma pauperis* and a summons for

Defendant in the instant action within 30 days from entry of the Order.  The Order further advised

Plaintiff that failure to comply within the time allowed would result in dismissal of this action for

failure to prosecute.  Review of the record in this action reveals that Plaintiff has failed to pay the

requisite $400.00 filing fee or file an *in forma pauperis* application and has not filed a summons

for Defendant.

Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P.

41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date:




cc:      Plaintiff, *pro se*
4411.009